**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) Case: 1:26-mj-00111 |
| v. | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 7/6/2026 |
| **BRIAN DAVID FOSTER** | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Kyle Fenton, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I submit this affidavit in support of a criminal complaint charging Brian David

Foster, with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was

made, that statement is described in substance and is not intended to be a verbatim recitation of

such statement.  Wherever in this affidavit I quote statements, those quotations have been taken

from draft transcripts, which are subject to further revision.

3.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are

based on my training, experience, and knowledge of the investigation, and reasonable inferences

I have drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

4.      I am a Special Agent assigned to the U.S. Attorney's Office for the District of Columbia, Criminal Investigations Unit (USAO-DC CIU), as of February 2026. Prior to this appointment, I served as a Special Agent with the United States Army Criminal Investigation Division, starting in August of 2018. As part of my duties as a Special Agent with the Army Criminal Investigation Division, I was assigned to the Child Exploitation Division with the Cyber Field Office at Quantico, VA. I have received formal training through the United States Army Military Police School, the Army CID Special Agent Course, the Federal Law Enforcement Training Center (FLETC), and the DoD Cyber Crime Center, in various investigative skills to include dark net investigative techniques, cryptocurrency investigations, digital evidence collection/examination and computer hardware/network intrusions. I have taken further training courses involving internet crimes against children (ICAC) with the National Center for Missing and Exploited Children (NCMEC) and National Criminal Justice Training Center of Fox Valley Technical College. Some of these training courses include, but are not limited to, Undercover Concepts and Techniques, Freenet Investigations, BitTorrent Investigations, Anonymous Networks/Peer to Peer Investigations, IPv4 and IPv6 Investigative Concepts, ICAC Standards, ICAC Cybertip training and more. In addition to my training as a criminal investigator, I hold a master's degree in forensic psychology from Arizona State University, which further encompassed course material and research pertaining to child sexual abuse and exploitation. As part of current and  prior duties, I have investigated criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. I have received training and instruction in the field of

child pornography investigations and have had the opportunity to participate in investigations relating to the sexual exploitation of children. As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as digital storage devices, the Internet, and printed images). Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) (the "Target Offense") have been committed by Brian David Foster ("the Subject").

**PROBABLE CAUSE**

7.      Beginning on June 25, 2026, a federal law enforcement officer was acting in an online undercover (UC) capacity as part of an effort to identify offenders engaged in offenses related to child exploitation and child pornography. The federal agent was operating within the geographic limits of Washington, D.C.  On that day, the UC posted a message on an online platform known by law enforcement agents to be used by individuals engaged or interested in the sexual exploitation of children. The post was titled "Im in DC now" and the body of the post read "Mom and dau[1] here in DC hmu if interested in getting to know us". The post garnered responses from several users of the platform.

---

[1] "Dau" is a commonly used term on platforms dedicated to child exploitation to refer to "daughter."

3

8.      A user with the handle "Funlife53" sent a message to the UC in response to the post on or about June 27, 2026. "Funlife53" engaged the UC in conversation, which continued over several subsequent days. On June 27, "Funlife53" asked if the UC [the "Mom"] and daughter would have sex with him. The UC responded that they would. On or about June 29, 2026, "Funlife53" asked if the UC used "telegram" or "what's app". Both are messaging applications that are capable of end-to-end encrypted communications, meaning that only the sender and recipient are able to view the content of messages. Based on my training and experience, end-to-end encrypted communications are often used by individuals engaged in child sex offenses and the distribution of child pornography to exchange illicit images and videos, coordinate their offenses and avoid detection. In response to "Funlife53" requesting to use an encrypted application to message, the UC suggested using "Session", which is another messing application that allows for end-to-end encryption.

9.      "Funlife53" provided the UC with a Session ID ending in "1b039", which is a long unique alphanumeric identifier that serves to specifically identify a Session user and allow for a communication channel to be opened between users. The UC made contact with that Session user identified by the Session ID ending in "1b039" on or about June 30, 2026. The Session user's handle was observed to be "toofun" and the user indicated that he recognized that the UC was contacting them after agreeing to do so on the previous platform where the initial communication occurred.

10.     "toofun" and the UC continued their discussion to include the topic of "toofun" engaging in sex with the UC's daughter. On June 30, 2026, at 12:10 PM, "toofun" wrote, "I can't wait to kiss, lick suck and fuck both of you..and watch you 2 play with each other as well". At 12:39 PM, the UC responded, "Sunday would work. Ur cools that she's underage right?" to which "toofun" responded, "Yep" and "Any pics". The UC responded, "Do u like 10 year olds cuz that's her age lol" to which "toofun" responded, "I do..great age.".

11.     The screenshots below represent certain relevant portions of the correspondence between the user "toofun" and the UC. The messages from user "toofun" are on the left, the green messages on the right are the UC's messages.

4



*June 30, 2026*



*June 30, 2026*



*June 30, 2026*



*June 30, 2026*

12.     The conversation continued, and the UC asked, "Do u watch Yng stuff to?" which is a manner of referring to viewing child pornography. At 2:31 PM, "toofun" responded "I have..and it's hot..how about you 2?" and "We can make some when I'm there". A few messages later "toofun" requested that the UC send photos of their 10-year-old's vagina.



*June 30, 2026*



*June 30, 2026*



*June 30, 2026*



*June 30, 2026*

13.    Later, on June 30, 2026, at 3:52 PM, "toofun" sent the UC a lewd image depicting an adult female embracing a young female of indeterminate age, neither wearing clothes. Genitalia were not depicted in the photo. At the time the photo was received, the UC was in Virginia. The UC later viewed the photo in D.C. The UC responded, "That pic is hot do u have others to share?" to which "toofun" responded "Do you trade? Can I see you 2?" Later at 11:49 PM, "toofun" asked "Do you have any pics or vids not of you 2 to share/trade?" Based on my training and experience and the context of the conversation, I understand this to mean that the user was soliciting child pornography. On July 1, 2026, the UC responded "I don't have any of those videos ? Was kinda hoping ud have some you could send me [laughing emoji] and "Did you send me something else last night? If so I wasn't able to see it".



June 30, 2026

July 1, 2026

14.     At 2:40 PM on July 1, 2026, "toofun" wrote "I didn't..i wish I had stuff to send..if I did I would" and subsequently asked the UC to send photos of her breasts and vagina and the UC's daughter's breasts and vagina."



*July 1, 2026*



*July 1, 2026*



*July 1, 2026*

15.    At 3:21 PM on July 1, 2026, "toofun" sent a video to the UC. The video is approximately five seconds in duration and depicts what appears to be an adult female performing oral sex on a prepubescent female. The adult female's tongue appears to have a piercing and appears to make contact with the prepubescent female's bare vagina. The prepubescent female appears to be completely naked and is shown lying on her back with her legs spread open with her vagina and anus prominently exposed to the camera.



Good morning ___ ..I hope you and ___ slept well. I can't wait for Sunday.

Hope you can get a good naked pic of her this afternoon after camp..looking at my cock and pics..hope you realize I'm definitely for real. Not gonna lie..id luv to see a pic of you 2 French kissing.

Hope you have a great day at work..hope im making your pussy throb with anticipation for Sunday..and I hope ___ pussy is too.

You said she tasted like flowers..I can't wait.

Hit me up when you have time.  And send me your address when you have time

*July 2, 2026 [Child Sex Abuse Material Redacted]*

16.     The UC continued to communicate with the user "toofun" via the Sessions app and during the correspondence, the user sent several images your affiant has identified as child pornography, including:

a.  At 4:05 AM on July 2, 2026, a video one minute and 29 seconds long depicting an adult female performing oral sex on a what appears to be a prepubescent female, the adult female's tongue appears to make contact with the prepubescent female's bare vagina. The adult female appears to penetrate the prepubescent female's anus with one of her fingers. The prepubescent female is observed laying on her back, wearing only a shirt, with her legs spread, her vagina exposed to the camera.

b.  At 7:45 AM on July 2, 2026, a video 34 seconds long depicting what appears to be a prepubescent female lying on her back fully nude with her legs spread open and her vagina visible to the camera. The prepubescent female appears to be sleeping or unconscious. A nude adult female is depicted lying chest-down next to the minor, sucking on a lollipop. At approximately the six-second mark, the video cuts to a male rubbing his erect penis against what appears to be a prepubescent female's vagina, her

11

legs spread open and her face not visible. At approximately the 13-second mark, the video cuts to a male ejaculating onto what appears to be a prepubescent female's nude body, her vagina visible to the camera. The prepubescent female appears to be the same minor depicted that the beginning of the video, and what appears to be a woman's hands are rubbing the prepubescent female's body.

c.  At 7:48 AM on July 2, 2026, a video one minute in length depicting a female holding what appears to be a prepubescent female across her lap. The prepubescent female's face is not visible. At approximately the two-second mark, the video cuts to an unidentified male who is rubbing his erect penis against what appears to be a prepubescent female's vagina. The prepubescent female's face is not visible, she appears to be wearing a shirt but no pants, and her vagina is visible to the camera. The male is depicted repeatedly inserting his penis into the prepubescent vagina. At approximately the 25-second mark, a female appears to hold a prepubescent female and rubs the prepubescent female's vagina while the male repeatedly inserts his penis in  the prepubescent vagina.

In total, your affiant observed that the user "toofun" transmitted nine videos and four images believed to depict child pornography, including those described above, in violation of the Target Offense.



*July 2, 2026*

17.     Law enforcement officials received records from the initial platform on which "Funlife53" made contact with the UC in response to a legal request. An initial review of the records indicated that the user provided an email address for verification with the platform containing the string of characters

"brian.foster". Based on my training and experience, I am aware that many users of email services utilize their true name in the email address. I am also aware that many platforms, including the one used by "Funlife53" to communicate with the UC, will require users to verify that they control the email address they provide by clicking a specialized link or providing a short code sent by email. In this case, the aforementioned "brian.foster" email was listed as active and verified by the platform. The records also contained internet protocol (IP) address logs. An initial review of the records showed that the user of the "Funlife53" account connected to the platform from IP address 50.32.51.206 on June 25, 2026.

18.     Law enforcement officials conducted a "whois" query for the internet service provider (ISP) for the aforementioned IP address and determined that it was operated by Frontier Communications. Law enforcement officials received subscriber records from Frontier Communications in response to a legal request, which revealed that as of July 2, 2026, the IP address was allocated to a customer account in the name of "XXXX Foster" located at XX Taylor Road, in Etters, Pennsylvania, and had been since April 12, 2026. Your affiant notes the IP address records for the "Funlife53" account also reflect the same IP address being used to access the platform on May 24, 2026, and April 30, 2026.

19.     Law enforcement agents saw that the user profile for "Funlife53" contained a profile picture:



The profile also identifies the user as a 53 year old male located in Etters, Pennsylvania. A query

of a law enforcement database revealed that the Subject holds a Pennsylvania Driver's License, with the address XX Taylor Road, Etters, Pennsylvania 17319, with the date of birth May XX, 1973. Your affiant notes that this would make the Subject 53 years old at the time of this writing.

The images below from left to right depict a photo of the Subject from a government database and a photo from the "Funlife53" profile:



Below is a "selfie" photograph sent by the "toofun" user to the UC, after the user sent child sex abuse images to the UC. The image contains a handwritten message intended as proof that the

14

photo was taken contemporaneously:



Your affiant asserts that these images all depict the Subject.

## **CONCLUSION**

20.     For the reasons set forth above, I submit that probable cause exists to believe that between on or about July 1, 2026, until July 5, 2026, while in the District of Columbia and elsewhere, Brian David Foster distributed child pornography in violation of 18 U.S.C. § 2252(a)(2).  I respectfully request that a criminal complaint be issued for Brian David Foster.

Respectfully Submitted,

_____
KYLE P. FENTON
SPECIAL AGENT
UNITED STATES ATTORNEY'S OFFICE-
DISCTRICT OF COLUMBIA

On this 6th day of July 2026, Kyle P. Fenton appeared before me via reliable electronic means (i.e., telephone), was placed under oath, and attested to the contents of this Affidavit.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

15